JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN DUKES, | ) | Case No. CV 11-10488-CJC (DTB) |
| Petitioner, | ) | |
| vs. | ) | J U D G M E N T |
| WARDEN CASH, et al., | ) | |
| Respondents. | ) | |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: December 27, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1